ANNA RICHTER, Appellant, v. RICHARD A. GEIS, Respondent, and ARIES CORPORATION, Defendant.— Motion for reargument denied, with ten dollars costs.

Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.